# EXHIBIT A

```
Type of Work:         Visual Material

Registration Number / Date:
                      VA0002197251 / 2020-02-05

Application Title: Panda Icon.

Title:                Panda Icon.

Description:          Electronic file (eService)

Copyright Claimant:
                      Panda Restaurant Group, Inc.

Date of Creation:     2014

Date of Publication:
                      2014-12-11

Nation of First Publication:
                      United States

Authorship on Application:
                      Panda Restaurant Group, Inc., employer for hire; Domicile:
                         United States; Citizenship: United States. Authorship:
                         2-D artwork.

Previous Registration:
                      1987, VA0000275525.

Pre-existing Material:
                      2-D artwork, Earlier Panda cub design.

Basis of Claim:       2-D artwork, Refined Panda cub design on its own.

Rights and Permissions:
                      Charles Chen, Panda Restaurant Group, Inc., 1683 Walnut
                         Grove Avenue, Rosemead, CA, 91770, United States, (626)
                         799-9898, charles.chen@pandarg.com

Names:                Panda Restaurant Group, Inc.

================================================================================
```

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0000275524 / 1987-06-05

Application Title: Panda Inn logo.

Title:              Panda Inn.

Description:        art reproduction.

Copyright Claimant:
                    Panda Management Company, Inc.

Date of Creation:   1982

Date of Publication:
                    1983-02-24

Date in Notice:     notice: 1982

Authorship on Application:
                    Panda Inn, Inc., employer for hire.

Copyright Note:     C.O. correspondence.

Names:              Panda Management Company, Inc.
                    Panda Inn, Inc.

================================================================================
```