# EXHIBIT B

   

# Search the WHOIS Database

a8panda.com | 🔍 **Search**

## WHOIS search results

Domain Name: A8PANDA.COM
Registry Domain ID: 2561189359_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.fastdomain.com
Registrar URL: http://www.fastdomain.com
Updated Date: 2020-09-22T02:47:21Z
Creation Date: 2020-09-22T02:42:00Z
Registry Expiry Date: 2021-09-22T02:42:00Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.BLUEHOST.COM
Name Server: NS2.BLUEHOST.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-04-21T19:04:39Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for

Privacy • Terms

information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.
The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Get our newsletter, join the community:

Email Address

SIGN UP

Privacy • Terms

We love taking your call.



**GoDaddy** guides

About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Privacy • Terms

Corporate Domains

Redeem Code

Product Catalog

Site Map

Videos

Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

Account

My Products

Renewals & Billing

Create Account

Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

Privacy • Terms



   

# Search the WHOIS Database

chinapandatn.com                                    🔍  Search

# WHOIS search results

Domain Name: CHINAPANDATN.COM
Registry Domain ID: 1531169890_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.fastdomain.com
Registrar URL: http://www.fastdomain.com
Updated Date: 2020-11-24T02:36:01Z
Creation Date: 2008-12-03T01:28:27Z
Registry Expiry Date: 2021-12-03T01:28:27Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.BLUEHOST.COM
Name Server: NS2.BLUEHOST.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-04-21T19:05:25Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for

Privacy • Terms

information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.
The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

# Get our newsletter, join the community:

Email Address

SIGN UP

Privacy • Terms

We love taking your call.



# GoDaddy guides

About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Privacy • Terms

Corporate Domains

Redeem Code

Product Catalog

Site Map

Videos


Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro


Account

My Products

Renewals & Billing

Create Account


Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

Privacy • Terms





  

# Search the WHOIS Database

newpandakitchen.com    🔍 **Search**

## WHOIS search results

Domain Name: NEWPANDAKITCHEN.COM
Registry Domain ID: 1452204695_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.fastdomain.com
Registrar URL: http://www.fastdomain.com
Updated Date: 2021-04-01T04:42:51Z
Creation Date: 2008-04-18T00:58:19Z
Registry Expiry Date: 2022-04-18T00:58:19Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.BLUEHOST.COM
Name Server: NS2.BLUEHOST.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-04-21T19:06:25Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for

Privacy • Terms

information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.
The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Get our newsletter, join the community:

Email Address

SIGN UP

Privacy • Terms

We love taking your call.



GoDaddy guides

About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Privacy • Terms

Corporate Domains

Redeem Code

Product Catalog

Site Map

Videos


Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro


Account

My Products

Renewals & Billing

Create Account


Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

Privacy • Terms








# Search the WHOIS Database

pandagourmet.com 🔍 Search

## WHOIS search results

Domain Name: PANDAGOURMET.COM
Registry Domain ID: 1604546512_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.fastdomain.com
Registrar URL: http://www.fastdomain.com
Updated Date: 2020-06-20T09:46:48Z
Creation Date: 2010-07-01T03:47:32Z
Registry Expiry Date: 2021-07-01T03:47:32Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.HOSTMONSTER.COM
Name Server: NS2.HOSTMONSTER.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-04-21T19:07:10Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for

Privacy • Terms

information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.
The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

# Get our newsletter, join the community:

Email Address

SIGN UP

Privacy · Terms

We love taking your call.



**GoDaddy** guides

About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Privacy • Terms

Whois Search Results

Corporate Domains

Redeem Code

Product Catalog

Site Map

Videos


Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro


Account

My Products

Renewals & Billing

Create Account


Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

Privacy • Terms




  

# Search the WHOIS Database

pandahouseus.com
🔍 **Search**

## WHOIS search results

Domain Name: PANDAHOUSEUS.COM
Registry Domain ID: 1770817895_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.fastdomain.com
Registrar URL: http://www.fastdomain.com
Updated Date: 2020-12-21T08:19:47Z
Creation Date: 2013-01-03T20:25:22Z
Registry Expiry Date: 2022-01-03T20:25:22Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.HOSTMONSTER.COM
Name Server: NS2.HOSTMONSTER.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-04-21T19:08:10Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for

Privacy • Terms

information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.
The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

# Get our newsletter, join the community:

Email Address

SIGN UP

Privacy • Terms

We love taking your call.



GoDaddy guides

About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Privacy • Terms

Corporate Domains

Redeem Code

Product Catalog

Site Map

Videos


Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro


Account

My Products

Renewals & Billing

Create Account


Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

Privacy • Terms



      

# Search the WHOIS Database

| pandapalacebuffet.com | 🔍 Search |
|---|---|

## WHOIS search results

Domain Name: PANDAPALACEBUFFET.COM
Registry Domain ID: 1567675425_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.fastdomain.com
Registrar URL: http://www.fastdomain.com
Updated Date: 2020-08-23T04:22:56Z
Creation Date: 2009-09-02T02:18:16Z
Registry Expiry Date: 2021-09-02T02:18:16Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.HOSTMONSTER.COM
Name Server: NS2.HOSTMONSTER.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-04-21T19:08:40Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for

Privacy • Terms

Whois Search Results

information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.
The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

# Get our newsletter, join the community:

Email Address

SIGN UP

Privacy • Terms

We love taking your call.



**GoDaddy** guides

About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Privacy • Terms

Corporate Domains

Redeem Code

Product Catalog

Site Map

Videos


Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro


Account

My Products

Renewals & Billing

Create Account


Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

Privacy • Terms



   

# Search the WHOIS Database

| pandatogo.com | 🔍 Search |
|---|---|

## WHOIS search results

Domain Name: PANDATOGO.COM
Registry Domain ID: 213486297_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.fastdomain.com
Registrar URL: http://www.fastdomain.com
Updated Date: 2021-02-18T03:37:37Z
Creation Date: 2005-09-20T22:53:44Z
Registry Expiry Date: 2021-09-20T22:53:44Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.HOSTMONSTER.COM
Name Server: NS2.HOSTMONSTER.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-04-21T19:00:54Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for

Privacy • Terms

information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

# Get our newsletter, join the community:

Email Address

SIGN UP

Privacy • Terms

We love taking your call.



**GoDaddy** guides

About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Privacy • Terms

Corporate Domains

Redeem Code

Product Catalog

Site Map

Videos


Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro


Account

My Products

Renewals & Billing

Create Account


Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

Privacy • Terms





  

# Search the WHOIS Database

| uspandagarden2.com | 🔍 Search |
|---|---|

## WHOIS search results

Domain Name: USPANDAGARDEN2.COM
Registry Domain ID: 1591910079_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.fastdomain.com
Registrar URL: http://www.fastdomain.com
Updated Date: 2021-04-01T04:42:51Z
Creation Date: 2010-04-08T02:21:56Z
Registry Expiry Date: 2022-04-08T02:21:56Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.BLUEHOST.COM
Name Server: NS2.BLUEHOST.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-04-21T19:10:41Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for

Privacy • Terms

information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.
The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Get our newsletter, join the community:

Email Address

SIGN UP

Privacy • Terms

We love taking your call.



# GoDaddy guides

About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal


Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse


Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Privacy • Terms

Corporate Domains

Redeem Code

Product Catalog

Site Map

Videos


Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro


Account

My Products

Renewals & Billing

Create Account


Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

Privacy • Terms





# Search the WHOIS Database

| uspandagarden.com | 🔍 Search |
|---|---|

## WHOIS search results

Domain Name: USPANDAGARDEN.COM
Registry Domain ID: 1366967519_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.fastdomain.com
Registrar URL: http://www.fastdomain.com
Updated Date: 2020-12-21T08:19:47Z
Creation Date: 2007-12-30T05:39:54Z
Registry Expiry Date: 2021-12-30T05:39:54Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.HOSTMONSTER.COM
Name Server: NS2.HOSTMONSTER.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-04-21T19:10:12Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for

Privacy • Terms

information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.
The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Get our newsletter, join the community:

Email Address

SIGN UP

Privacy • Terms

We love taking your call.



## GoDaddy guides

About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal


Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse


Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Privacy • Terms

Corporate Domains

Redeem Code

Product Catalog

Site Map

Videos


Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro


Account

My Products

Renewals & Billing

Create Account


Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

Privacy • Terms

