JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PANDA RESTAURANT GROUP, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENYMEDIA, INC,, a New York Corporation<br><br>Defendant. | Case No. 2:21-cv-3560-AB (ASx)<br><br>[PROPOSED] JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)<br><br>JUDGE:  Honorable André Birotte Jr.<br>COURTROOM: 7B |

This matter having come before the Court upon Plaintiff Panda Restaurant Group, Inc.'s ("Plaintiff") Application for Default Judgment by Court against Defendant Enymedia, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure.  The Clerk of Court entered default against Defendant for failing to respond or appear on June 25, 2021.  The Court entered an Order granting Plaintiff's Application for Default Judgment against Defendant on August 12, 2021, and Judgment is entered against Defendant as follows:

- The Court awards Plaintiff $1,227,600 (consisting of statutory damages in the amount of $1,200,000 and attorneys' fees in the amount of $27,600) against

Defendant;

- The Defendant, its respective officers, agents, servants, employees, and all persons acting in active concert with or under the direction of Defendant (regardless of whether located in the United States or abroad), who receive actual notice of this Order are permanently enjoined and restrained from registering, trafficking in or using any domain names that use or incorporate the Panda Marks, the word PANDA, or any colorable imitation thereof;

- The registrar(s) that registered the domain names pandatogo.com, a8panda.com, chinapandatn.com, newpandakitchen.com, pandagourmet.com, pandahouseus.com, pandapalacebuffet.com, uspandagarden.com, uspandagarden2.com, and any other domain name owned by Defendant that includes the word PANDA (collectively, the "Infringing Domains") are ordered to immediately transfer the Infringing Domains to Plaintiff's control; and

- The Defendant, its respective officers, agents, servants, employees, and all persons acting in active concert with or under the direction of Defendant (regardless of whether located in the United States or abroad), who receive actual notice of this Order are permanently enjoined and restrained from utilizing the Panda Copyrights or any substantially similar imitation hereof.

Dated this 9th day of September, 2021

_____
Honorable André Birotte Jr.
United States District Court